IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES W. CALHOUN, SR.,

      Plaintiff,                    No. CIV S-08-0166 LKK KJM P

     vs.

SACRAMENTO COUNTY
SHERIFF DEPARTMENT, et al.,

      Defendants.           ORDER

/

          On February 1, 2008, this court ordered plaintiff to submit, within thirty days, a completed affidavit in support of his request to proceed in forma pauperis. On February 15, 2008, the court recommended this action be dismissed for plaintiff's failure to keep the court apprised of his address in light of a returned mailing. Also on February 15, 2008, plaintiff filed a request for an extension of time, which the court construes as a request for extension of time to comply with the court's February 1, 2008 order.[1] Good cause appearing, IT IS HEREBY ORDERED that:

          1. The findings and recommendations filed February 15, 2008 (docket no. 6) are vacated.

---

[1] Plaintiff's request bore the same address the court used for service of the February 1 order.

1

1    2. Plaintiff's February 15, 2008 request for an extension of time (docket no. 7) is
2 granted; and
3    3 Plaintiff is granted thirty days from the date of this order in which to file an
4 application to proceed in forma pauperis.
5 DATED: February 22, 2008.

_____
U.S. MAGISTRATE JUDGE

/mp

calh0166.36