IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES W. CALHOUN, SR.,

    Plaintiff,      No. CIV S-08-0166 LKK KJM P

    vs.

SACRAMENTO COUNTY
SHERIFF DEPARTMENT, et al.,

    Defendants.     FINDINGS AND RECOMMENDATIONS
_____/

    By an order filed February 22, 2008, plaintiff was granted thirty days leave to file an application to proceed in forma pauperis. The thirty day period has now expired, and plaintiff has not responded to the court's order and has not filed an in forma pauperis affidavit. Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.

    These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty days after being served with these findings and recommendations, plaintiff may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the

/////

1

1 specified time may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951
2 F.2d 1153 (9th Cir. 1991).
3 DATED: May 9, 2008.

_____
U.S. MAGISTRATE JUDGE

6 /calh0166.fifp2