1

2

3

4

5

6

7

8                     IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10   JAMES W. CALHOUN, SR.,

11            Plaintiff,                    No. CIV S-08-0166 LKK KJM P

12       vs.

13   SACRAMENTO COUNTY
     SHERIFF DEPARTMENT, et al.,

14

15            Defendants.                   ORDER
     _____/

16            Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action

17   seeking relief under 42 U.S.C. § 1983.

18            On May 12, 2008, this court recommended that the case be dismissed because

19   plaintiff failed to return his application to proceed in forma pauperis.  Plaintiff has objected to

20   this recommendation, noting that he has been unable to comply with the previous order because

21   of illness and institutional inertia.

22            Accordingly, IT IS HEREBY ORDERED that:

23            1.  The findings and recommendations filed May 12, 2008, are hereby vacated;

24            2.   Plaintiff is given an additional thirty days from the date of this order in which

25   to submit his request to proceed in forma pauperis; and

26   /////

                                             1

3.  The Clerk of the Court is directed to send plaintiff an application to proceed in forma pauperis by a prisoner.

DATED:  June 5, 2008.

_____
U.S. MAGISTRATE JUDGE

2

calh0166.vf&r